UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER LORENZO,

                     **Plaintiff,**

      -against-

BRIDGES NY EAST, LLC., et al.,

                     **Defendants.**
------------------------------------------------------------X

19-CV-07860 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of recent public health developments, the settlement conference scheduled for Monday, March 30, 2020, at 2:00 p.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 18, 2020
               New York, New York