```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER LORENZO,

                        Plaintiff,                                  19-CV-07860 (SN)

        -against-                                                   ORDER

BRIDGES NY EAST, LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2020

**SARAH NETBURN, United States Magistrate Judge:**

The Court's July 23, 2020 Order directed the parties to file a settlement agreement and motion for settlement approval or joint status letter by August 21, 2020. ECF No. 28. On September 4, 2020, the parties filed a letter indicating that they would be submitting settlement documents for the court's approval by September 11, 2020. No such documents have been received by the Court. The Court directs the parties to file either a settlement agreement and motion for FSLA settlement approval or joint letter regarding the status of the settlement no later than September 23, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: September 21, 2020
       New York, New York