UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER LORENZO,

                             **Plaintiff,**                    19-CV-07860 (SN)

       -against-                                  **ORDER**

**BRIDGES NY EAST, LLC., et al.,**

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on September 28, 2020, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 34. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

DATED:    October 15, 2020
                New York, New York

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2020